UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DAVID FRANK PETRANO,**

    **Plaintiff,**

v.                                             **CASE NO. : 4:14-cv-374-RH/CAS**

**RICKY POLSTON, and**
**CHIEF JUSTICE JORGE LABARGA,**

    **Defendants.**
_____/

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendants, Florida Supreme Court Justice Ricky Polston ("Polston"), sued in his individual capacity, and Florida Supreme Court Chief Justice Jorge Labarga, sued in his official capacity, through undersigned counsel, move to extend time to respond to Plaintiff's First Amended Complaint. In support thereof they state the following:

1. Plaintiff, proceeding pro se, is suing Florida Supreme Court Justice Ricky Polston in his individual capacity, and Florida Supreme Court Chief Justice Jorge Labarga in his official capacity, for violations of the Americans with Disabilities Act.

2. The last day for Defendant Polston and Defendant Labarga to respond to the First Amended Complaint is December 5, 2014.

3. The undersigned and several other attorneys in the Attorney General's office are in the process of moving their offices, which will cause a substantial inability to perform legal work for several days, including an inevitable disruption to support staff, and of computer or telephone

services.

4. As a result, Defendants move for an extension of time of seven (7) business days to allow them to submit a response to the Plaintiff's First Amended Complaint. This motion is not being submitted to achieve a delay in these proceedings, but, instead, as a result of the upheaval caused by the aforementioned move. At this time, it is anticipated that a response will be able to be filed by December 16, 2014.

5. Although Plaintiff was made aware of this motion, and asked whether he had any opposition, he has not yet indicated whether agrees to, or opposes, the relief requested.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that this court grant this motion, and extend time for his response to Plaintiff's First Amended Complaint to December 16, 2014.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(B)

Pursuant to Local Rule 7.1(B), counsel for Defendants has communicated with the pro se Plaintiff in a good faith effort to resolve by agreement the issue raised.


Respectfully submitted,

**PAMELA JO BONDI**
**Attorney General**

*/s/ Albert J. Bowden, III*
ALBERT J. BOWDEN, III
Senior Assistant Attorney General
Office of the Attorney General
Civil Litigation
The Capitol - PL 01
Tallahassee, FL 32399-1050

                                          (850) 414-3300
                                          Fax: (850) 488-4872
                                          Fla. Bar No. 0802190
                                          Al.Bowden@myfloridalegal.com
                                          Attorney for Defendants

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the foregoing document has been electronically filed by using the CM/ECF system, which sends a notice of electronic filing and an image of the document to Plaintiff, if Plaintiff is registered with CM/ECF, and a copy is also being provided to Plaintiff by email, to the following email address: **dpetrano@yahoo.com**, this 4th day of December, 2014.

                                          */s/ Albert J. Bowden, III*
                                          Albert J. Bowden, III

f:\...\Petrano\Motions\DefendantsMotToEnlargeTimeToRespondToFirstAmendedComplaint.docx