# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DAVID FRANK PETRANO,

    Plaintiff,

v.       CASE NO. 4:14cv374-RH/CAS

JUSTICE RICKY POLSTON,
CHIEF JUSTICE JORGE LABARGA,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 39, and the objections, ECF Nos. 40 and 41. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED. The motion to dismiss, ECF No. 31, is GRANTED. The clerk must enter judgment stating, "The complaint is dismissed with prejudice." The clerk must close the file.

SO ORDERED on August 20, 2015.

                s/Robert L. Hinkle
                United States District Judge